NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION

---

RONALD A. KATZ TECHNOLOGY LICENSING LP,
*Plaintiff-Appellant,*

v.

AMERICAN AIRLINES, INC.,
*Defendant-Appellee,*

and

FEDEX CORPORATE SERVICES, INC., FEDEX CORPORATION,
FEDEX CUSTOMER INFORMATION SERVICES, INC.,
and FEDERAL EXPRESS CORPORATION,
*Defendants-Appellees,*

and

DHL EXPRESS (USA), INC., DHL HOLDINGS (USA), INC.,
and SKY COURIER, INC.,
*Defendants-Appellees,*

and

U.S. BANCORP and U.S. BANK NATIONAL ASSOCIATION,
*Defendants-Appellees.*

and

**TIME WARNER CABLE, INC., TIME WARNER
ENTERTAINMENT COMPANY, L.P.,
TIME WARNER NY CABLE LLC, AOL, LLC,
COMPUSERVE INTERACTIVE
SERVICES, INC., NETSCAPE COMMUNICATIONS
CORP.,
CHARTER COMMUNICATIONS ENTERTAINMENT
I LLC,
CHARTER COMMUNICATIONS HOLDING
COMPANY LLC,
CHARTER COMMUNICATIONS OPERATING LLC,
and CHARTER COMMUNICATIONS, INC.,**
*Defendants,*

and

**CSC HOLDINGS, INC. (NOW KNOWN AS CSC
HOLDINGS, LLC), CABLEVISION SYSTEMS
CORPORATION, CABLEVISION SYSTEMS NEW
YORK CITY CORPORATION,
CABLEVISION OF BROOKHAVEN, INC.,
CABLEVISION OF CONNECTICUT
CORPORATION, CABLEVISION OF HUDSON
COUNTY, INC.,
CABLEVISION OF LITCHFIELD, INC.,
CABLEVISION OF MONMOUTH, INC.,
CABLEVISION OF NEW JERSEY, INC.,
CABLEVISION OF OAKLAND LLC,
and CABLEVISION OF ROCKLAND/RAMAPO LLC,**
*Defendants-Appellees,*

and

**TDS METROCOM LLC, TDS
TELECOMMUNICATIONS CORPORATION,
and UNITED STATES CELLULAR CORPORATION,**
*Defendants.*

2009-1450, -1451, -1452, -1468, -1469, 2010-1017

Appeals from the United States District Court for the Central District of California in case nos. 2:07-ML-1816, 07-CV-2192, 07-CV-2196, 07-CV-2360, and 07-CV-2134, Judge R. Gary Klausner.

## ON MOTION

Before LOURIE, *Circuit Judge.*

## O R D E R

The appellees move without opposition for leave to file a joint response to Ronald A. Katz Technology Licensing LP's (Katz) motion to strike that is contained in Katz's reply brief. Katz does not oppose and separately moves without opposition for leave to file a reply if the appellees' motion is granted. Katz also moves for judicial notice of a district court order in a related case. The document is attached to the motion for judicial notice.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The appellees' motion is granted.

(2) Katz's motion for leave to reply is granted to the extent that Katz may file a response, not to exceed four pages, within seven calendar days of the date of filing of this order.

(3) Katz's motion for judicial notice is granted.

(4) A copy of this order, the appellees' response, and Katz's response shall be transmitted to the merits panel assigned to hear these cases.

FOR THE COURT

/s/ Jan Horbaly

AUG 12 2010
    Date

Jan Horbaly
Clerk

cc:  Frank V. Pietrantonio, Esq.
     Mike Mckool, Jr., Esq.
     Josh A. Krevitt, Esq.
     Adam T. Bernstein, Esq.
     Christopher S. Ruhland, Esq.
     Kara F. Stoll, Esq.
     Jonathan R. Spivey, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 12 2010

JAN HORBALY
CLERK